UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-62294-CIV-COHN/SELTZER

WILLIAM JOHNSON and
SUZANNE JOHNSON,

    Plaintiffs,

v.

AVIENT LTD., AVIENT AVIATION PRIVATE
LTD., and THE BOEING COMPANY,

    Defendants.
_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation and Order of Dismissal of Entire Action Without Prejudice [DE 31].  Having reviewed the stipulation and the record in this case, and being otherwise advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in the above-captioned action are **DISMISSED without prejudice**.  Each party shall bear its own attorney's fees and costs except as otherwise agreed by the parties.  It is further

**ORDERED AND ADJUDGED** that any pending motions are **DENIED as moot**, and the Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 12th day of April, 2011.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF